FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 NOV -7 PM 5: 12

AT BALTIMORE

BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: ELH-18-072 |
| ANTHONY MOORE | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Motion to Seal, it is hereby ordered by the United States District Court for the District of Maryland that the Motion be granted and, thus, the Sentencing Memorandum filed by the Defendant in this matter be placed Under Seal.

_11/7/18_
Date

_Ellen L. Hollander_
Honorable Ellen L. Hollander
United States District Court